```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
UCHENNA UGO-ALUM and ASHER BERKOVIC,                             :
individually and on behalf of all others similarly situated,     :
                                                                 :
                              Plaintiffs,                        :     23 Civ. 7458 (JPC)
                                                                 :
            -v-                                                  :         ORDER
                                                                 :
NEW YORK STATE DEPARTMENT OF MOTOR                               :
VEHICLES, MARK J.F. SCHROEDER, Commissioner                      :
(in his official capacity), JOSHUA VINCIGUERRA,                  :
Deputy Commissioner and General Counsel (in his                  :
official and personal capacities), SARYA CRAFT,                  :
Deputy Commissioner and Chief Information Officer (in            :
her official and personal capacities), and CHRISTINE M.          :
LEGORIUS, First Assistant Counsel (in her official and           :
personal capacities),                                            :
                                                                 :
                              Defendants.                        :
                                                                 :
-----------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

On July 26, 2024, the Court granted Defendants' motion to dismiss the Complaint in its entirety, and granted Plaintiffs leave to file an Amended Complaint within thirty days of the Court's decision. Dkt. 40. That deadline has elapsed, and Plaintiffs have neither filed an Amended Complaint nor requested an extension from this Court to do so. Accordingly, the Clerk of Court is respectfully directed to enter judgment in favor of Defendants and close this case.

SO ORDERED.

Dated: August 29, 2024
      New York, New York

                                                     JOHN P. CRONAN
                                                     United States District Judge