UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
UCHENNA UGO-ALUM and ASHER BERKOVIC,
individually and on behalf of all others similarly
situated,

                        Plaintiffs,

-against-                                            23 **CIVIL** 7458 (JPC)

                                              **JUDGMENT**

NEW YORK STATE DEPARTMENT OF MOTOR
VEHICLES, MARK J.F. SCHROEDER,
Commissioner (in his official capacity), JOSHUA
VINCIGUERRA, Deputy Commissioner and General
Counsel (in his official and personal capacities),
SARYA CRAFT, Deputy Commissioner and Chief
Information Officer (in her official and personal
capacities), and CHRISTINE M. LEGORIUS, First
Assistant Counsel (in her official and personal
capacities),

                        Defendants.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Order dated August 29, 2024, the Court granted Defendants' motion to dismiss the Complaint in its entirety on July 26, 2024, and granted Plaintiffs leave to file an Amended Complaint within thirty days of the Court's decision. Dkt. 40. That deadline has elapsed, and Plaintiffs have neither filed an Amended Complaint nor requested an extension from this Court to do so. Judgment is entered in favor of Defendants; accordingly, the case is closed.

**Dated:**  New York, New York

      August 30, 2024

                                                        **DANIEL ORTIZ**
                                                  _____
                                              **Acting Clerk of Court**

                       **BY:**      *K. Mango*

                                                 _____
                                                  **Deputy Clerk**